| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) Bob M____ | B. Date of Delivery 5-15-07 |
| | C. Signature X Bob M____ | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Safety Guide of Alabama<br>c/o Michael C. Marcato<br>Registered Agent<br>552 Oliver Road<br>Montgomery, AL  36117 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>07cv414 S&C | |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number (Copy from service label) | 7002 2030 0004 1449 8433 | |

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952