IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WHITNEY NATIONAL BANK** | |
| **PLAINTIFF** | |
| vs. | **CASE NO. 2:07-CV-00414-MEF** |
| **SAFETY GUIDE OF ALABAMA LLC** and **THOMAS J. MILLS,** | |
| **DEFENDANTS.** | |

## CORPORATE DISCLOSURE STATEMENT

n accordance with the Order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047 the following entities are hereby reported:

Whitney Holding Company (WTNY) is the parent of Whitney National Bank. Whitney National Bank is the parent or controlling shareholder of the following active companies:

1. Southern Coastal Insurance Agency, Inc.
2. Whitney Bancshares, Inc.
3. Berwick, LLC

1

4. Key Investment Securities, Inc.

5. Whitney Securities, LLC

6. Whit-Tex Capital, LLC

                                        __s/Dennis R. Bailey_____
                                        Dennis R. Bailey (4845-i71d)
                                        Bowdy J. Brown
                                        Attorneys for Plaintiff

Of counsel:
RUSHTON, STAKELY, JOHNSTON
    && GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (phone)
(334) 262-0033 (fax)
drb@rsjg.com (e-mail)

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have filed the foregoing pleading through the ECMF system on this the 5th day of June, 2007, which will forward same to:

      Robert D. Segall
      J. David Martin
      Copeland, Franco, Screws & Gill, P.A.
      Post Office Box 347
      Montgomery, AL   36101-0347

                                        __S/Dennis R. Bailey_____
                                        Of counsel