IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WHITNEY NATIONAL BANK, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:07-cv-414-MEF |
| | ) |
| SAFETY GUIDE OF ALABAMA, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion to Dismiss, or in the Alternative, to Quash Service (Doc. #5) filed on June 4, 2007, it is hereby

ORDERED that the plaintiff show cause in writing on or before June 15, 2007 as to why the motion should not be granted.

DONE this the 6th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE