IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WHITNEY NATIONAL BANK** | \| |
| **PLAINTIFF,** | \| |
| vs. | \| **CASE NO. 2:07-CV-414-MEF** |
| **SAFETY GUIDE OF ALABAMA LLC and THOMAS J. MILLS,** | \| |
| **DEFENDANTS.** | \| |

**PLAINTIFF WHITNEY NATIONAL BANK'S RESPONSE TO ORDER TO SHOW CAUSE [Doc. 9] WHY MOTION TO DISMISS OR QUASH SERVICE [Doc. 5] SHOULD BE DENIED**

Comes now Whitney National Bank (hereinafter "Whitney Bank") and, as ordered by this Court [Doc. 9], provides the following reasons the Motion to Dismiss, or, Alternatively, to Quash Purported Service on Defendant Safety Guide of Alabama, LLC, [Doc. 5] is due to be denied as moot:

1. Defendant Safety Guide of Alabama, LLC, ("Safety Guide") contends in its motion that the Court should quash the purported service of process, or, in the alternative, to dismiss this action against it for insufficient service of process.

2. Since the filing of its motion, Safety Guide's legal counsel, J. David Martin, has agreed to accept service of process on behalf of his client.

3. Accordingly, Whitney Bank has properly executed service of process upon Safety Guide in care of its legal counsel. *See* Executed Summons attached hereto as Exhibit A.

4. Safety Guide does not oppose this motion.

WHEREFORE, Plaintiff Whitney National Bank respectfully requests that this Court deny as moot Doc. 5 [Motion to Dismiss, or, Alternatively, to Quash Purported Service on Defendant Safety Guide of Alabama, LLC.]

Respectfully submitted this 14th day of June 2007.

/s/ Dennis R. Bailey
Dennis R. Bailey (4845-i71d)
Bowdy J. Brown
Bethany L. Bolger (6740-e60b)
Attorneys for Plaintiff

Of counsel:
RUSHTON, STAKELY, JOHNSTON
    & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama  36101-0270
(334) 206-3234 (phone)
(334) 262-0033 (fax)
drb@rsjg.com (e-mail)
bjb@rsjg.com (e-mail)
blb@rsjg.com (e-mail)

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing document upon the following counsel of record by placing a copy of same in the United States Mail, first class postage prepaid, on this the 14th day of June 2007.

  Mr. David Martin
  Copeland, Franco, Screws & Gill
  Post Office Box 347
  Montgomery, Alabama  36101-0347


        /s/ Dennis R. Bailey
        Of counsel

**EXHIBIT A**
to Response to Show Cause Order

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 06/11/07 |
| NAME OF SERVER (PRINT) Larry Michael Newton | TITLE Runner |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

    David Martin's Office

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06/11/07
             Date                   Signature of Server

184 Commerce St. Montgomery, AL
Address of Server

RETURNED AND FILED
JUN 12 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

<u>MIDDLE</u> District of <u>ALABAMA</u>

WHITNEY NATIONAL BANK

V.

SAFETY GUIDE OF ALABAMA LLC and
THOMAS J. MILLS

**ALIAS**

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   2:07-CV-414

TO: (Name and address of Defendant)

    Safety Guide of Alabama, LLC
    c/o David Martin
    Copeland, Franco, Screws & Gill
    Post Office Box 347
    Montgomery, Alabama   36101-0347

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Dennis R. Bailey
    Bowdy J. Brown
    Rushton, Stakely, Johnston & Garrett
    Post Office Box 270
    Montgomery, Alabama   36101-0270

an answer to the complaint which is served on you with this summons, within <u>  20  </u> days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(By) DEPUTY CLERK

DATE   6/11/07