IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WHITNEY NATIONAL BANK, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:07-cv-414-MEF |
| ) | |
| SAFETY GUIDE OF ALABAMA, LLC, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Motion to Dismiss, or in the Alternative, to Quash Service (Doc. #5) filed on June 4, 2007 and the response of the plaintiff thereto, it is hereby

ORDERED that the motion is DENIED as moot.

DONE this the 15th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE