IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WHITNEY NATIONAL BANK, )
)
Plaintiff, )
)
v. ) CASE NO. 2:07-CV-414-MEF
)
THOMAS J. MILLS, et al., )
)
Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Thomas J. Mills, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [X] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|   |   |
|   |   |
|   |   |

6/18/2007
Date

(Signature)

Jack B. Hinton, Jr.
(Counsel's Name)

Thomas J. Mills
Counsel for (print names of all parties)

P.O. Box 4190
Montgomery, AL 36103
Address, City, State Zip Code

334-834-9950
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Jack B. Hinton, Jr. , do hereby Certify that a true and correct copy of the foregoing has been furnished by Electronic Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 18th day of June 20 07, to:

Dennis R. Bailey, Bowdy J. Brown, Bethany Bolger,   Rushton, Stakely, Johnston & Garrett, PA P.O. Box 270 Montgomery, AL 36101-0270

James David Martin, Robert David Segall, Copeland Franco Screws & Gill P.O. Box 347 444 South Perry Street Montgomery, AL 36101-0347

6/18/2007
Date

Signature