**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 19, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Whitney National Bank v. Safety Guide of Alabama, LLC; et al

Case Number:   2:07cv00414-MEF

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 15   filed on   June 18, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

__WHITNEY NATIONAL BANK__,  )
)
Plaintiff, )
)
v. ) CASE NO. __2:07-CV-414-MEF__
)
__THOMAS J. MILLS, et al.__, )
)
Defendants, )

### CONFLICT DISCLOSURE STATEMENT

COMES NOW __Thomas J. Mills__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

__6/18/2007__
Date

(Signature) [signed]

Jack B. Hinton, Jr.
(Counsel's Name)

Thomas J. Mills
Counsel for (print names of all parties)

P.O. Box 4190
Montgomery, AL 36103
Address, City, State Zip Code

334-834-9950
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

### CERTIFICATE OF SERVICE

I, __Jack B. Hinton, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __Electronic Mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __18th__ day of __June_____ 20__07__, to:

Dennis R. Bailey, Bowdy J. Brown, Bethany Bolger, Rushton, Stakely, Johnston & Garrett, PA P.O. Box 270 Montgomery, AL 36101-0270

James David Martin, Robert David Segall, Copeland Franco Screws & Gill P.O. Box 347 444 South Perry Street Montgomery, AL 36101-0347

6/18/2007
Date

Signature