## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **WHITNEY NATIONAL BANK,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   CASE NO.: 2:07-cv-414-MEF |
| | * |
| **SAFETY GUIDE OF ALABAMA, LLC** | * |
| **and THOMAS J. MILLS,** | * |
| | * |
| Defendants. | * |

### NOTICE OF STAY OF PROCEEDINGS

Defendant Safety Guide of Alabama, LLC, by and through undersigned counsel, hereby informs the Court that on July 12, 2007, it filed a voluntary Chapter 11 Petition in the United States Bankruptcy Court for the Middle District of Alabama (Case No. 07-30976).

WHEREFORE, pursuant to Title 11 U.S.C. § 362 of the Bankruptcy Code, Defendant Safety Guide of Alabama, LLC respectfully requests that the instant cause be stayed as to it.

/s J. David Martin
Robert D. Segall (ASB-7354-E68R)
J. David Martin (ASB-7387-A54J)
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street (36104)
Post Office Box 347
Montgomery, Alabama 36101-0347
Telephone:   (334) 834-1180
Facsimile:   (334) 834-3172
Email:  segall@copelandfranco.com
Email:  martin@copelandfranco.com

**COUNSEL FOR DEFENDANT,**
**Safety Guide of Alabama, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on 17th of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Dennis R. Bailey**
  drb@rsjg.com, pk@rsjg.com
- **Bethany L. Bolger**
  bbolger@rsjg.com, dr@rsjg.com
- **Bowdy Jerome Brown**
  bjb@rsjg.com
- **Gregory Carl Cook**
  gcook@balch.com, cwicker@balch.com
- **Jack B. Hinton, Jr**
  dawn@ghhclaw.com, jay@ghhclaw.com, russell@ghhclaw.com

       /s J. David Martin
       Of Counsel