IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WHITNEY NATIONAL BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-414-MEF |
| | ) | |
| SAFETY GUIDE OF ALABAMA, LLC | ) | |
| and THOMAS J. MILLS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the Notice of Stay of Proceedings (Doc. # 20) filed by

Defendant Safety Guide of Alabama, LLC, on July 17, 2007, pursuant to 11 U.S.C. § 362,

it is hereby

ORDERED that any opposing party shall show cause, if any there be, on or before

August 10, 2007, why the attached order should not be entered.

DONE this the 17th day of July, 2007.

_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WHITNEY NATIONAL BANK,       )
       )
       Plaintiff,       )
       )
v.       )       CASE NO. 2:07-cv-414-MEF
       )
SAFETY GUIDE OF ALABAMA, LLC       )
and THOMAS J. MILLS,       )
       )
       Defendants.       )

## **ORDER**

Defendant, Safety Guide of Alabama, LLC, having filed a Petition in Bankruptcy, it is the ORDER, JUDGMENT, and DECREE of the Court:

1.    That all claims in this case against Defendant Safety Guide of Alabama, LLC are DISMISSED without prejudice to the right of any party to petition to reinstate this action to pursue any claim embraced herein not adjudicated in or discharged by proceedings in the bankruptcy court;

2.    That such reinstatement, if and when allowed, will cause the filing date of any claim so reinstated to relate back to the original filing date of this action;

3.    That any petition for reinstatement must be filed by a party within 60 days after the bankruptcy court has taken such action that entitles that party to seek reinstatement.

The Clerk of the Court is DIRECTED to mail a copy of this order to the United States Bankruptcy Court for the Middle District of Alabama.