IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WHITNEY NATIONAL BANK | &#124; |
| **PLAINTIFF** | &#124; |
| vs. | &#124;   CASE NO. 2:07-CV-414 |
| SAFETY GUIDE OF ALABAMA LLC and THOMAS J. MILLS, | &#124; |
| **DEFENDANTS.** | &#124; |

## MOTION TO WITHDRAW

Come now Dennis R. Bailey and Bowdy J. Brown and move this Honorable Court to withdraw as counsel for Plaintiff on the grounds that Plaintiff has obtained other counsel to represent it.  Attorney Gregory C. Cook of Balch & Bingham, Birmingham, Alabama, has entered his appearance on behalf of Plaintiff

        /s/ Dennis R. Bailey
        /s/ Bowdy J. Brown
        Dennis R. Bailey (4845-i71d)
        Bowdy J. Brown
        Attorneys for Plaintiff

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (phone)
(334) 262-0033 (fax)
drb@rsjg.com/bjb@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following counsel of record by placing a copy of same in the United States Mail, first class postage prepaid, on this the 18th day of July, 2007.

>Mr. Gregory C. Cook
>Balch & Bingham
>Post Office Box 306
>Birmingham, Alabama   35201-0306
>
>Mr. David Martin
>Copeland, Franco, Screws & Gill
>Post Office Box 347
>Montgomery, Alabama   36101-0347
>
>Mr. Jack B. Hinton, Jr.
>Gidiere, Hinton, Herndon & Christman
>904 Regions Tower
>60 Commerce Street
>Montgomery, Alabama   36104

>/s/ Dennis R. Bailey
>Of counsel