IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WHITNEY NATIONAL BANK, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:07-cv-414-MEF |
| ) | |
| SAFETY GUIDE OF ALABAMA, LLC, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of Motions to Withdraw as Attorney (Doc. #22 and #23) filed on July 18, 2007, it is hereby

ORDERED that the motions are GRANTED.

DONE this 20th day of July, 2007.


/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE