IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WHITNEY NATIONAL BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-414-MEF |
| | ) |
| SAFETY GUIDE OF ALABAMA, LLC | ) |
| and THOMAS J. MILLS, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This cause is before the Court on Plaintiff's Motion for Leave to Amend (Doc. # 29), which was timely filed on October 24, 2007. For good cause shown, it is hereby ORDERED that Plaintiff's Motion for Leave to Amend (Doc. # 29) is GRANTED and that Plaintiff shall be allowed until **October 31, 2007**, to file an Amended Complaint that complies with Rule 15.1 of the Local Rules for the United States District Court for the Middle District of Alabama for Civil and Criminal Cases, which provides in pertinent part that "Any amendment to a pleading, whether filed as a matter of course or upon a motion to amend, must, except by leave of court, reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference."

DONE this the 24th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE