IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WHITNEY NATIONAL BANK, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:07-cv-414-MEF |
| ) | |
| SAFETY GUIDE OF ALABAMA, LLC, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Dismiss or in the Alternative, Motion to Stay First Amended Complaint (Doc. #34) filed on November 27, 2007, it is hereby ORDERED

1. That the defendant Thomas J. Mills shall file on or before **December 17, 2007** a brief in support of the motion to dismiss, which brief shall include specific citation to applicable legal authority for the relief sought in the motion.

2. That the plaintiff shall file a response thereto on or before **January 4, 2008**.

3. It is further ORDERED that defendant's motion for oral argument, which is contained in Motion to Dismiss or in the Alternative, Motion to Stay First Amended Complaint (Doc. #34), is DENIED.

DONE this the 7th day of December, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE