IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WHITNEY NATIONAL BANK, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:07-cv-414-MEF |
| | ) |
| SAFETY GUIDE OF ALABAMA, LLC, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion to Amend/Correct (Doc. #40) filed on January 21, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 24th day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE