IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WHITNEY NATIONAL BANK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:07-cv-414-MEF |
| | ) | |
| SAFETY GUIDE OF ALABAMA, LLC, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the plaintiff's Motion for Summary Judgment as to Defendant Thomas J. Mills (Doc. #42) filed on January 28, 2008, it is hereby

ORDERED that the motion be submitted without oral argument on March 3, 2008.

It is further ORDERED that defendant Mills file a response which shall include a brief and any evidentiary materials on or before February 25, 2008. The plaintiff may file a reply brief on or before March 3, 2008.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this 7th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE