IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WHITNEY NATIONAL BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-414-MEF |
| | ) | |
| SAFETY GUIDE OF ALABAMA, LLC, | ) | |
| *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## <u>O R D E R</u>

It is hereby ORDERED that no later than **February 21, 2008**, Whitney National Bank shall file a statement indicating whether it wishes the documents submitted by Defendant Thomas J. Mills "under seal" to be maintained under seal.  If Whitney National Bank does wish the documents to be maintained under seal, it shall also file a brief citing appropriate legal authority for maintaining documents of this type under seal and specifically addressing whether the material in the documents about which concern exist could be redacted out of the documents so that they could be filed without being under seal.

DONE this 14th day of February, 2008.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE