IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WHITNEY NATIONAL BANK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 2:07-CV-414-MEF |
| SAFETY GUIDE OF ALABAMA LLC and THOMAS J. MILLS, | ) ) ) ) |
| Defendants. | ) |

**STATEMENT IN RESPONSE TO COURT ORDER OF FEBRUARY 14, 2008**

Comes now Whitney National Bank ("Whitney Bank"), by and through the undersigned counsel, and hereby responds to this Court's Order of February 14, 2008, and states that it wishes that the documents submitted by Defendant Thomas J. Mills "under seal" remain under seal. As grounds therefore and in support thereof, Whitney Bank relies on its Brief in Support of Statement Requesting Documents to be Maintained Under Seal, submitted contemporaneously herewith.

Respectfully submitted, this 21st day of February, 2008

/s/ Gregory C. Cook
Gregory C. Cook
BALCH & BINGHAM LLP
1901 6th Avenue North
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: 205-226-3426
Facsimile: 205-488-5870
gcook@balch.com

957606.1

## CERTIFICATE OF SERVICE

I certify that on February 21, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to the person whose address is listed below:

Jack B. Hinton, Jr.
Gidiere, Hinton, Herndon & Christman
904 Regions Tower
60 Commerce Street
Montgomery, Alabama  36104
*Attorney for Defendant Thomas J. Mills*

                          /s/ Gregory C. Cook
                          Of Counsel