IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WHITNEY NATIONAL BANK, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-414-MEF |
| | ) | |
| SAFETY GUIDE OF ALABAMA, LLC, | ) | |
| *et al.,* | ) | |
| | ) | |
|     Defendants. | ) | |

# **O R D E R**

Upon consideration of the defendant Thomas Mills' Motion to Seal (Doc. #48)

filed on February 13, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 25th day of February, 2008.


                          /s/ Mark E. Fuller
                    CHIEF UNITED STATES DISTRICT JUDGE