IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WHITNEY NATIONAL BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:07-CV-414-MEF |
| ) | |
| SAFETY GUIDE OF ALABAMA LLC ) | |
| and THOMAS J. MILLS, ) | |
| ) | |
| Defendants. ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

Comes now the plaintiff, Whitney National Bank, and files this notice with the Court regarding settlement conference and the possibility of mediation, per this Court's order of August 28, 2007. Counsel for the parties have engaged in a face-to-face settlement conference. At that time the parties were unable to reach a resolution of the matter. At this time, the parties do not believe mediation would be useful.

Respectfully submitted, this 5th day of March, 2008.


/s/ Gregory C. Cook

**OF COUNSEL:**

BALCH & BINGHAM LLP
1901 Sixth Avenue North
Post Office Box 306
Birmingham, Alabama  35201-0306
Telephone:  205-226-3426
Facsimile:  205-488-5870
gcook@balch.com

959942.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the person whose address is listed below as indicated by the Court's notice:

Jack B. Hinton, Jr.
Gidiere, Hinton, Herndon & Christman
904 Regions Tower
60 Commerce Street
Montgomery, Alabama 36104
*Attorney for Defendant Thomas J. Mills*

/s/ Gregory C. Cook
Of Counsel