IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WHITNEY NATIONAL BANK, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-414-MEF |
| | ) |
| SAFETY GUIDE OF ALABAMA, LLC | ) (WO-Not Recommended for Publication) |
| and THOMAS J. MILLS, | ) |
| | ) |
| DEFENDANTS. | ) |

## **ORDER**

This cause is before the Court on the Defendant's Motion for Leave to Amend the Pretrial Order (Doc. # 84) filed on November 7, 2008. The Court has carefully considered the applicable legal standard, the arguments advanced in support of and in opposition to the motion both in writing and during oral argument, and the unique procedural history of this matter. The Court finds that denial of the requested relief would result in manifest injustice to Defendant Thomas J. Mills. Conversely, the Court finds that the proposed amendment in the interest of justice and sound judicial administration will not result in either substantial injury to Plaintiff or inconvenience to the Court. Accordingly, pursuant to Federal Rule of Civil Procedure 16 and the cases cited by Defendant in support of its motion, it is hereby ORDERED that the motion is GRANTED and the Court will modify its Pretrial Order accordingly.

DONE this the 10th day of November, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE