IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WHITNEY NATIONAL BANK, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-414-MEF |
| | ) | |
| SAFETY GUIDE OF ALABAMA, LLC | ) | (WO-Do Not Publish) |
| and THOMAS J. MILLS, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order (Doc. # 88) issued in this

Case, it is the ORDER, JUDGMENT and DECREE of the Court as follows:

(1)  With respect to the claim in this action pursuant Alabama Code § 7-3-415,

judgment is ENTERED in favor of Defendant Thomas J. Mills and against Plaintiff Whitney

National Bank.

(2) With respect to all other claims in this action, judgment is ENTERED in favor of

Plaintiff Whitney National Bank and against Defendant Thomas J. Mills.  The total amount

of the Judgment in favor of Whitney National Bank and against Thomas J.  Mills is

$175,259.79

(3) Of the total Judgment amount, $149,699.23 is the final overdrawn balance of the

Whitney Bank Account, $10,000.00 is attorneys' fees, and $15,560.56 is prejudgment

interest.

(4) Costs are TAXED against Defendant Thomas J.  Mills, for which execution may

issue.

(5)  The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this the 24th day of November, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE
